**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § § | **No. 4:17-CR-00514-2** |
| **v.** | | |
| **NERVIS GERARDO VILLALOBOS-CÁRDENAS** | | |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S DENAIL OF DEFENDANT'S MOTION FOR DISCOVERY**

Defendant Nervis Gerardo Villalobos ("Defendant") filed the Motion for Reconsideration of the Court's Denial of Defendant's Motion for Discovery (Dkt. 582) (the "Motion") on January 5, 2024, and, for the reasons stated therein, respectfully maintains the arguments and positions set forth in the Motion.

While Defendant does not concede any argument advanced in the Government's response to the Motion, one omission bears noting: the Government has not requested extradition on the Superseding Indictment, which replaced the Original Indictment.

Defendant respectfully requests that the Court grant the relief sought in the Motion.

Respectfully submitted,

/s/ Jeffery B. Vaden
Jeffery B. Vaden
S.D. Tex. Federal ID No. 31400
State Bar of Texas No. 00791840
Madeline Fogel
S.D. Tex. Federal ID No. 3708687
State Bar of Texas No. 24120826
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Fax:  (800) 404-3970
Email: jeff.vaden@bracewell.com
        madeline.fogel@bracewell.com

*Counsel for Nervis Gerardo Villalobos-Cardenas*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, a true and correct copy of this document was delivered via the Court's CM/ECF system to all parties involved.

/s/ Jeffery B. Vaden
Jeffery B. Vaden

-2-